```
JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants,
Eric Gandy, Anthony Saduk and Andrew Roman

By:  Marvin L. Freeman
     Deputy Attorney General
     (609) 633-1971
     marvin.freeman@dol.lps.state.nj.us
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| VINCE JACKSON,                    ) | CIVIL ACTION NO: 09-cv-1141 |
|         Plaintiff,    ) | (AMD) |
|    v.                               ) | |
| ERIC GANDY, ANTHONY SADUCK,       ) | |
| and ANDREW ROMAN,                 ) | |
|         Defendants.   ) | |

## ORDER

THIS MATTER having come before the Court by way of a Motion on behalf of Eric Gandy, Anthony Saduk, and Andrew Roman (collectively, "Defendants") for the entry of an Order to Stay this matter pending resolution of proceedings before the United States Supreme Court in Ross v. Blake, Case Nos: 1307270; and the Court having considered the submissions of the parties and any argument of counsel; and for good cause having been shown,

**IT IS ON THIS** _____ day of _____, 2015;

**ORDERED** that defendants' Motion for Stay Pending the Supreme Court's decision in Ross v. Blake, Case Nos: 1307270 is hereby GRANTED; and it is further

**ORDERED** that the above-captioned matter is hereby STAYED pending the conclusion of the proceedings in the Supreme Court of the United States in the matter entitled: Ross v. Blake, Case Nos: 1307270; and it is further

**ORDERED** that defendants shall notify the Court of any conclusion of the proceedings in the Supreme Court in the matter entitled: Ross v. Blake, Case Nos: 1307270 within _____ days of such conclusion.

**SO ORDERED.**

_____
HONORABLE ANN MARIE DONIO, U.S.M.J.