```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
Attorney for Defendants,
Eric Gandy, Anthony Saduck and Andrew Roman

By:  Marvin L. Freeman
     Deputy Attorney General
     (609)376-2998
     marvin.freeman@law.njoag.gov
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| VINCE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>ERIC GANDY, ANTHONY SADUCK and ANDREW ROMAN,<br><br>Defendants. | HON. ANN MARIE DONIO, U.S.M.J.<br><br>Civil Action No.<br>09-cv-1141<br>(AMD)<br><br>**NOTICE OF MOTION TO ENFORCE SETTLEMENT** |

TO:  CLERK OF THE COURT

   **VIA ELECTRONIC FILING**
   Law Offices of B. David Jarashow, PA
   Attn: B. David Jarashow, Esq.
   31 West Main St., 2nd Floor
   Freehold, NJ 07728

GENTLEMAN/LADY:

   **PLEASE TAKE NOTICE** that on September 17, 2018, or as soon thereafter as counsel may be heard, the undersigned Gurbir S. Grewal, Attorney General of New Jersey, by Marvin L. Freeman,

Deputy Attorney General, on behalf of Eric Gandy, Anthony Saduck and Andrew Roman, ("Defendants"), shall move in the United States District Court, District of New Jersey, in the Mitchell H. Cohen U. S. Courthouse, 1 John F. Gerry Plaza, 4th and Cooper Streets, Camden, New Jersey 08101, for an Order to enforce settlement.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the Letter Brief and Declaration of Counsel filed herein with attached exhibits.

It is respectfully requested that the Court rule upon the moving papers submitted without requiring the appearance of counsel pursuant to Fed.R.Civ.P. 78.

A proposed form of order is attached hereto.

                    GURBIR S. GREWAL
                    ATTORNEY GENERAL OF NEW JERSEY

By: /s/Marvin L. Freeman
     MARVIN L. FREEMAN
     Deputy Attorney General

Dated: August 17, 2018